ACCEPTED
15-25-00098-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/31/2025 2:28 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00098-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/31/2025 2:28:40 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS

*NGL Water Solutions Permian, LLC,*

**Appellant,**

**v.**

*Lime Rock Resources V-A, L.P., d/b/a Lime Rock Resources, L.P., and LRR Pecos Valley, LLC,*

**Appellees.**

On Appeal from the Business Court of the State of Texas, Eleventh Division, Cause No. 25-BC11B-0005, The Honorable Grant Dorfman

## UNOPPOSED REQUEST FOR VOLUNTARY DISMISSAL
## OR, ALTERNATIVELY, NOTICE OF NONSUIT

Appellant NGL Water Solutions Permian, LLC ("NGL") hereby requests that the Court dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). Counsel for NGL has conferred with counsel for Appellees, who are unopposed. Alternatively, to the extent this direct appeal is governed by the Texas Rules of Civil Procedure, NGL hereby nonsuits its claims pursuant to Texas Rule of Civil Procedure 162.

1

October 31, 2025                    Respectfully submitted,

                                   **O'MELVENY & MYERS LLP**

                                   */s/ Brandon Duke*
                                   Brandon Duke

                                   Denise Scofield
                                   dscofield@omm.com
                                   Brandon W. Duke
                                   bduke@omm.com
                                   700 Louisiana St., Suite 2900
                                   Houston, TX 77002
                                   Tel.  (832) 254-1500
                                   Fax. (832) 254-1501

                                   **ATTORNEYS FOR APPELLANT
                                   NGL WATER SOLUTIONS
                                   PERMIAN, LLC**

## CERTIFICATE OF CONFERENCE

I certify that on October 31, 2025, I conferred about the issues addressed in this motion with Nick Brown, counsel for Appellees, who advised that Appellees do not oppose the relief requested.

                                   */s/ Brandon Duke*
                                   Brandon Duke

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Court Services on behalf of Brandon Duke
Bar No. 24094476
ommsvc2@omm.com
Envelope ID: 107539419
Filing Code Description: Motion
Filing Description: Unopposed Motion for Voluntary Dismissal or, Alternatively, Notice of Nonsuit
Status as of 10/31/2025 2:32 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Nicholas Brown | 24092182 | nick.brown@kirkland.com | 10/31/2025 2:28:40 PM | SENT |
| Harris Blum | 24138757 | harris.blum@kirkland.com | 10/31/2025 2:28:40 PM | SENT |
| Brandon Duke | | bduke@omm.com | 10/31/2025 2:28:40 PM | SENT |
| Kyle Terao | | kterao@omm.com | 10/31/2025 2:28:40 PM | SENT |
| Denise Scofield | | dscofield@omm.com | 10/31/2025 2:28:40 PM | SENT |
| Joshua Jilovec | | jjilovec@omm.com | 10/31/2025 2:28:40 PM | SENT |
| Greg M.Holly | | gregholly@sbcglobal.net | 10/31/2025 2:28:40 PM | SENT |
| Holly Rioux-Lefebvre | | holly.rioux@kirkland.com | 10/31/2025 2:28:40 PM | SENT |
| Daniel Donovan | | daniel.donovan@kirkland.com | 10/31/2025 2:28:40 PM | SENT |